### 13950. PETTY v. ARD.

LUKE, J. This case is here upon the sole assignment of error that the evidence does not authorize the verdict. There being some evidence to authorize the verdict, it was not error for the court to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 12, 1922.

Distraint; from Bleckley superior court — Judge Graham. September 2, 1922.

*L. A. Whipple,* for plaintiff in error. *C. A. Weddington,* contra.